Harry Becker, appellant, v. Abraham Korshak and Tillie Korshak, appellees. Gen. No. 32,666.

Opinion filed October 11, 1928. Rehearing denied October 29, 1928.

Charles T. Kramer, for appellant. Charles B. Goodman, for appellees.

Mr. Justice Barnes delivered the opinion of the court.

J. B. Roberts, trading as Roberts Motor Sales, defendant in error, v. L. S. Moore and W. J. Conroy, plaintiffs in error. Gen. No. 32,672.

Opinion filed October 11, 1928.

George E. Arthur, for plaintiffs in error. Remer & West, for defendant in error; Lawrence J. West, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

William H. Smith, appellee, v. Illinois Central Railroad Company, appellant. Gen. No. 32,685.

Opinion filed October 11, 1928.

Fred H. Montgomery and Edward C. Craig, for appellant; Vernon W. Foster, of counsel. Joseph D. Ryan, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

Morris Feldman et al., trading as M. Feldman & Sons, plaintiffs, v. Samuel Schulman, defendant.

Samuel Schulman for use of Nathan R. Feldman et al., appellant, v. Oscar Katz, garnishee, appellee. Gen. No. 32,688.

Opinion filed October 11, 1928.

Abraham Feldman, for appellants. No appearance for appellee.

Mr. Justice Barnes delivered the opinion of the court.